**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 6:14-cr-225-Orl-37GJK

WILFREDO G. MADERA.

**ORDER**

This cause is before the Court on the following:

1. Defendant Wilfredo Madera's Motion for Early Termination of Supervised Release (Doc. 65), filed September 7, 2016; and

2. Defendant Wilfredo Madera's Motion for Early Termination of Supervised Release (Doc. 70), filed December 21, 2106.

On January 26, 2015, the Court sentenced Defendant to fifteen months of imprisonment and three years of supervised release. (Docs. 38, 39.) Defendant—proceeding *pro se*—now requests early termination of his supervised release. (Docs. 65, 70 ("**Motions**").) In support of his Motions, Defendant represents that his supervised release impedes his ability to travel in order to defend other actions pending in New York state court.[1] (*See* Doc. 65, p. 1, *see also* Doc. 70, p. 1.) But Defendant's inability to travel as he pleases is not a sufficient ground to warrant early termination of supervised release, nor would the interest of justice be served by granting such relief. *See* 18 U.S.C. § 3583(e)(1). Therefore, the Court finds that Defendant's Motions are due to be denied.

---

[1] Notably, the manner in which Defendant requests such relief—by letter—is prohibited by the Local Rules. *See* Local Rule 3.01(f). Defendant is forewarned that future submission of an application for relief in letter form may result in the summary denial of such request without consideration of the merits.

*See id.*; *see also United States v. Perry*, 397 F. App'x 521, 522 (11th Cir. 2010) (noting that modification of a supervised release term is a matter of discretion).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant Wilfredo Madera's Motion for Early Termination of Supervised Release (Doc. 65) is **DENIED**.

2. Defendant Wilfredo Madera's Motion for Early Termination of Supervised Release (Doc. 70) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 3, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

*Pro Se* Party

Counsel of Record